IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02151-WDM-MEH

MARY MCANDRIES,

    Plaintiff,

v.

NATIONAL RECOVERY INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 10, 2008.**

Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Entry of Protective Order [Filed January 8, 2008; Docket #7] is **granted**. The Court will sign the Protective Order and enter it on the record.